# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SEGUN OYENIRAN,<br><br>        Petitioner,<br><br>    v.<br><br>JO ANN GORDON (Warden),<br><br>        Respondent. | No. CV 04-2348-CAS(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and all objections thereto. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: August 24, 2011

_____
CHRISTINA A. SNYDER
United States District Judge