**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL SEGUN OYENIRAN, ) <br> ) <br>     Petitioner, ) <br> ) <br>     v. ) <br> ) <br> JO ANN GORDON (Warden), ) <br> ) <br>     Respondent. ) <br> _____) | No. CV 04-2348-CAS(CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>August 24, 2011</u>

                                      CHRISTINA A. SNYDER
                              United States District Judge